# IN THE UNITED STATES DISTRICT COURT
## FOR THE **SOUTHERN** DISTRICT OF ~~TENNESSEE~~ NEW YORK
## AT **NEW YORK**

**DAMOND J. ROKER, SR.,**
PLAINTIFF/PETITIONER,
aka **D.J. ROKER**

Vs.

**TWENTIETH CENTURY FOX;**
**FOX BROADCASTING COMPANY, et al.,**
DEFENDANT/RESPONDENT,

CASE/DOCKET NO. _____

RECEIVED JUL 16 2020 PRO SE OFFICE

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## AND AFFIDAVIT OF POVERTY

I, **DAMOND J. ROKER, SR.**, declare that I am the Plaintiff/Petitioner in the above styled cause and that, in support of my request to proceed without being required to prepay fees, costs or give security, therefore, I state that, because of my poverty, I am unable to pay the costs of said proceeding or give security, and that I believe I am entitled to relief in this matter. 28 USC §1915 (a) (1), (2).

Plaintiff/Petitioner is unable to afford counsel to represent him in this matter and would respectfully ask that this Honorable Court appoint him counsel at this time. 28 USC §1915 (e), (1).

In further support of this application, I answer the following questions:

1. Are you presently employed?   Yes ___   No ✓

   a. If your answer is: Yes, state the amount of salary or wages per month, and give the name and address of your employer. List both your gross and net salary.

   _____
   _____
   _____

   b. If your answer is No, state the date of your last employment and the amount of salary and wage per month that you received when you last worked.

   **Redemptive Life Church - 07/01/2016, $1,500. (Stipend)**
   **DJR Consultants - 07/01/2016, $2,000. (Salary) est.**
   **Speaking Engagements, 07/01/2016, $1,500 (Seasonal) est.**

1

2. Have you received any money from any of the following sources within the past twenty (20) months?

   a. Business, profession or other form of self-employment? Yes____ No ✓

   b. Rent payments, interest or dividends? Yes____ No ✓

   c. Pensions, annuities or life insurance payments? Yes____ No ✓

   d. Gifts or inheritance? Yes ~~(DJR)~~ No ✓

   e. Any other sources? Yes ✓ No____ Periodic support from family and friends, $777.13 over the past 6 months.

3. Do you own any cash or have any money in checking or saving accounts or any other banking or investments account? If you are a prisoner, include any funds in your prison account.

   Yes____   No ✓

   If Yes, state the total value: __N/A__

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (exclude ordinary household furnishings and clothing)?

   Yes____ No ✓

   If Yes, describe the property and state its approximate value: __N/A__

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how mush you contribute each month to their support:

   M. ROKER, Daughter - College aged student
   Z. ROKER, Son - Court Ordered Child Support: $480.00
   M. MOODY, Daughter - Court Ordered Child Support: $350.00

I declare under penalty of perjury that the foregoing is true and correct. 28 USC § 1746.

Executed on: __06/29/2020__
(Date)

__Damond J. Roker__
(Signature of Applicant)

DAMOND J. ROKER, SR.
N.W.C.X. #600497
960 State Route 212
Tiptonville, TN 38079

2